UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROOP K. DOSANJH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:03CV1161-SNL |
| | ) |
| SISTERS OF MERCY HEALTH SYSTEM, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This case is set for trial on August 8, 2005, and as the parties indicated it would be a short trial, and one witness would not be available until the second day of trial, in the interest of continuity it would appear appropriate that the case should begin on Tuesday, August 9, 2005.

**IT IS THEREFORE ORDERED** that this case is reset for trial Tuesday, August 9, 2005.

Dated this   15th   day of July, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE