UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROOP K. DOSANJH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:03CV1161-SNL |
| | ) |
| SISTERS OF MERCY HEALTH SYSTEM, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that this case is **DISMISSED** pursuant to the stipulation filed on August 5, 2005.

Dated this   9th   day of August, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE